for the Texas Company; *Jackson W. Chance* for the Richfield Oil Corp.; *Edward D. Lyman* and *Edmund D. Buckley* for the Tide Water Associated Oil Co.; and *Herman Phleger* for the Union Oil Company of California, petitioners.

No. 37, Misc.   SMITH *v.* UNITED STATES ET AL.   Application denied.

No. 53, Misc.   SPADER *v.* BURKE, WARDEN.   Motions for leave to file petitions for writs of certiorari and habeas corpus denied.

No. 60, Misc.   MACARTHUR MINING CO., INC. *v.* UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT ET AL.   Motion for leave to file petition for writ of prohibition denied. *Inghram D. Hook* and *John W. Hoffman, Jr.* for petitioner.

No. 65, Misc.   DI STEFANO ET AL. *v.* BEONDY ET AL.   Application denied.

No. 66, Misc.   ROBERTS *v.* McGEE, DIRECTOR OF CORRECTIONS OF CALIFORNIA, ET AL.   Motions for leave to file petitions for writs of certiorari and habeas corpus denied.

No. 35.   CARLSON ET AL. *v.* LANDON, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION SERVICE.   C. A. 9th Cir.   Certiorari granted. *John W. Porter, Carol King* and *A. L. Wirin* for petitioners. *Solicitor General Perlman* filed a memorandum suggesting that certiorari be granted.